UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECOLOGY OF THE COAST, a California corporation, <br><br> Defendant. | CASE NO. 2:24-cv-00980-LK <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

This matter comes before the Court on the parties' stipulated motion for dismissal with prejudice. Dkt. No. 11. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice, with each side to bear its own attorney's fees and costs. The Clerk of Court is directed to close this case.

Dated this 10th day of September, 2024

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1